## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID J. TIFFANY, | ) | 3:16-cv-00612-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 6, 2018 |
| QUINTEN BYRNE, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 19). Plaintiff requests a thirty (30) day extension of time in which to file his response to Defendant's Motion for Summary Judgment (ECF No. 16).

Plaintiff's Motion for Enlargement of Time (ECF No. 19) is **GRANTED**. Plaintiff shall have to and including **Friday, August 10, 2018**, in which to file his response to Defendant's Motion for Summary Judgment (ECF No. 16).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/                              </u>
Deputy Clerk